MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIA ANN PREE, ) | CIVIL NO. 2:24-cv-03196-JDP |
| Plaintiff, ) | |
| ) | **STIPULATION TO VOLUNTARY** |
| v. ) | **REMAND PURSUANT TO SENTENCE** |
| ) | **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| COMMISSIONER OF SOCIAL SECURITY, ) | **ENTRY OF JUDGMENT; ~~[PROPOSED]~~** |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

        IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that this action be remanded for further

administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

§ 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

administrative law judge (ALJ) with instructions to reevaluate Plaintiff's subjective complaints;

reevaluate Plaintiff's residual functional capacity; as needed, continue the sequential evaluation

1  process and obtain vocational expert testimony, if warranted; take action to further develop the

2  record, as necessary; offer Plaintiff the opportunity for a hearing; and issue a new decision.

3      The parties further request that the Court direct the Clerk of the Court to enter a final

4  judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

5  Commissioner.

6

7                                      Respectfully submitted,

8  DATE:  January 27, 2025          /s/ *Francesco Paulo Benavides**

9                                   FRANCESCO PAULO BENAVIDES
                                     (* as authorized via e-mail on January 27, 2025)
10                                   Attorney for Plaintiff

11                                   MICHELE BECKWITH
                                     Acting United States Attorney
12

13                                   MATHEW W. PILE
                                     Associate General Counsel
14                                   Office of Program Litigation, Office 7

15

16  DATE: January 27, 2025          By: /s/ *Justin L. Martin*
                                     JUSTIN L. MARTIN
17                                   Special Assistant United States Attorney
                                     Office of Program Litigation, Office 7
18
                                     Attorneys for Defendant
19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

IT IS SO ORDERED.

Dated:    January 29, 2025    _____
                              JEREMY D. PETERSON
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND; 2:24-cv-03196-JDP